UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>William Vernon Keebler,<br><br>　　　　　　Defendant. | **Order Granting Defendant's Motion to Reset Sentencing Hearing**<br><br>Case No. 2:16-cr-323 DS |

Before the Court is Mr. Keebler's motion to reset sentencing hearing, and other good cause appearing, the motion is granted and sentencing is reset for July 9, 2018, at 9:00 a.m.

Dated this 20th day of June, 2018.

BY THE COURT:

*David Sam*

David Sam
Senior United States District Judge