12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

## Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: **William Keebler** | Docket Number: **2:16CR00323-001** |

Name of Sentencing Judicial Officer:   **Honorable David Sam**
                                       **Senior U.S. District Judge**

Date of Original Sentence: **July 9, 2018**
Original Offense:   **Attempted Destruction of Federal Property by Use of an Explosive**
Original Sentence:  **746 Days Bureau of Prisons/36 Months Supervised Release**

Type of Supervision: **Supervised Release**      Current Supervision Began: **July 9, 2018**

### SUPERVISION SUMMARY

It is respectfully recommended that Mr. Keebler be terminated early from his period of supervised release based on having reached maximum benefit and having successfully completed the V.A. Court Program.

Since starting supervised release on July 9, 2018, the defendant has remained in full compliance with all conditions of supervision. The defendant has never tested positive for drugs and has completed all treatment requirements at the V.A. In addition, the defendant has satisfied all financial obligations.

This officer staffed the recommendation for early termination with Assistant United States Attorney Adam Elggren, who informed he was not opposed to the request. It should also be noted that the recommendation comes with the support of Chief United States Magistrate Judge, Paul M. Warner.

If the Court agrees with this recommendation, please find attached, a "Report and Order Terminating Probation Prior to Original Expiration Date," for your signature. If the Court desires more information or another course of action, please contact me at 801-535-2817.

I declare under penalty of perjury that the foregoing is true and correct.

by Meriska Holt
U.S. Probation Officer
May 20, 2020

PROB 12B  
D/UT 06/15

William Keebler  
2:16CR00323-001

**THE COURT:**

☒ Approves the request noted above  
☐ Denies the request noted above  
☐ Other

*David Sam* (signature)

Honorable David Sam  
Senior United States District Judge

Date: 05/21/2020